IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA DE LOURDES COSME HERNANDEZ

DEBTOR(S)

CASE 10-07347-MCF

CHAPTER 13

# NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
# MEETING OF CREDITORS

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **December 09, 2010 at 1:00 pm.** It will be held at Ochoa Building, First Floor, Comercio Street Entrance, Tanca Street Corner, Old San Juan, Puerto Rico 00901.

In San Juan, Puerto Rico, this October 26, 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

10-07347-MCF    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| AUTORIDAD ENERGIA ELECTRICA DE PR<br>P.O. BOX 363508<br>SAN JUAN, PR  00936-3508 | BANCO DE DESARROLLO ECONOMICO<br>C/O LCDA. JENNIFER LOPES NEGRON<br>PO BOX 195287<br>SAN JUAN, PR  00919-5287 |
| BANCO DE DESARROLLO ECONOMICO<br>C/O LCDA. JENNIFER LOPEZ NEGRON<br>PO BOX 195287<br>SAN JUAN, PR  00919-5287 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 |
| CARLOS ALVARADO<br><br>,  00000 | COMMERCE PLAZA INC<br>C/O LCDO. RAFAEL E. SANTOS TOLEDO<br>PO BOX 13941<br>SAN JUAN, PR  00908-3941 |
| COMMERCE PLAZA INC<br>LCDO. RAFAEL E SANTOS TOLEDO<br>PO BOX 13941<br>SAN JUAN, PR  00908-3941 | CONSEJO DE TITULARES VILLAS DE PUNTA GUILARTE<br>DESK TRIAL LAWYERS,LLC<br>P.O BOX 9023663<br>SAN JUAN, PR  00902-3663 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | DEPARTAMENTO DE HACIENDA DE PR<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 |
| DIRECT LOAN SERVICES<br>PO BOX 5609<br>GREENVILLE, TX  75403-5609 | DORAL BANK<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7821<br>PONCE, PR  00732-7821 |
| DORAL BANK<br>PO BOX 71306<br>SAN JUAN, PR  00936-8406 | FIA CARD SERVICES<br>FIRST BANK<br>PO BOX 15019<br>WILMINGTON, DE  19886-5019 |
| FIRST FEDERAL SAVINGS BANK<br>LINEA DE CREDITO CASH LINE<br>PO BOX 9146<br>SANTURCE, PR  00908-0146 | HOME DEPOT CREDIT SERVICES<br>PO BOX 6497<br>SIOUX FALLS, SD  57117-6497 |
| JOSE PRIETO CARBALLO ESQ*<br>PO BOX 363565<br>SAN JUAN, PR  00936-3565 | JUNTA DE CONDOMINES DE<br>VILLAS DE PUNTA GUILARTE<br>ARROYO, PR  00714 |
| JUNTA DE CONDOMINES DE PARQUE INTERAMERI<br>JUNTA DE CONDOMINES<br>PARQUE INTERAMERICANA<br>GUAYAMA, PR  00784 | PRASA [AAA]<br>C/O CONSUMER SERVICES AREA<br>PO BOX 7066<br>SAN JUAN, PR  00916-7066 |

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY<br>PO BOX 71535<br>SAN JUAN, PR  00936-8635 | R&G MORTGAGE CORPORATION<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR  00902-3593 |
| R-G MORTGAGE<br>G.P.O. BOX 362394<br>SAN JUAN, PR  00936-2394 | RG MORTGAGE AS SERVICING AGENT FOR SCOTIA BANK<br>C/O WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET SUITE D 1<br>SAN JUAN, PR  00917-2202 |
| RG MORTGAGE CORPORATION<br>C/O WALLACE VAZQUEZ SANABRIA<br>17 CALLE MEJICO STE D1<br>SAN JUAN, PR  00917-2202 | SANTANDER MORTGAGE CORPORATION<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 |
| MARIA DE LOURDES COSME HERNANDEZ<br>PO BOX 50955<br>TOA BAJA, PR  00750-0955 | |

DATED: October 26, 2010

/S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE