IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the matter of: | CASE NO. 10-07347 MCF |
| **MARIA DE LOURDES COSME HERNÁNDEZ** | CHAPTER 13 |
| Debtor | |

### ANSWER TO OBJECTION TO CLAIM 8 FILED BY CRIM AND OBJECTION TO CONFIRMATION OF AMENDED PLAN AT DOCKET NUMBER 27

**TO THE HONORABLE COURT:**

**COMES NOW** creditor Municipal Revenue Collection Center, known in Spanish as *Centro de Recaudación de Ingresos Municipales* ("CRIM") through undersigned counsel and respectfully states and prays:

1. By motion dated and filed March 3, 2011, docket number 38, Debtor objected claim number 8 filed by CRIM claiming payment of real property tax over the following real estate[1]: Urb. Parque Interamericana Calle 1 Solar 47, Guayama, Puerto Rico, cadaster number 442-013-554-10-000.

2. Debtor alleges that the above mentioned property does not belong to her but to her mother, and consequently debtor is not the responsible person to pay these taxes. On the other hand, Debtor in her Amended Plan dated 11/13/2011[2] at docket number 27 specifically states that she "consent[s] to the lift of the automatic stay in favor of CRIM over property located in Guayama Puerto Rico". In CRIM's records, Debtor has no other real property in Guayama.

3. Debtor did not accompany with her Objection to Claim documentation

---

[1] The real property tax is secured since it is a statutory lien pursuant to Article 200 of the Puerto Rico Mortgage Act, 30 L.P.R.A. § 2651 and Article 3.30 of the Municipal Property Tax Act of 1991, Act Number 83 of August 30, 1991, 21 L.P.R.A. § 5080.
[2] Apparently it should read 1/13/2011.

which would show the veracity of her assertion. Furthermore, in CRIM's records Debtor appears as 100% owner of this property. Based on this, Debtor's objection should be denied.

3. In addition to the above, CRIM does not accept the confirmation of the above stated plan[3] since the provision for this secured claim does not comply with section 1325 (a)(5)(B)(ii). Therefore CRIM objects to the confirmation of the plan.

**WHEREFORE,** it is requested from this Honorable Court to accept this answer, ALLOW creditor CRIM's claim number 8 as filed, DENY confirmation of the amended plan at docket number 27 and issue any further order as it may deem just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day I electronically filed the foregoing *Answer* with the Clerk of the Court using the CM/ECF System which will send notification of such filing to:

- MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
- ALEJANDRO OLIVERAS RIVERA    aorecf@ch13sju.com
- ALEJANDRO OLIVERAS RIVERA (ENO)    enogueras@ch13sju.com
- JOSE M PRIETO CARBALLO    jpc@jpclawpr.com
- LIGIA J RIVERA BUJOSA    lrivbujosa@yahoo.com
- MIRIAM D SALWEN ACOSTA    aorecf@ch13sju.com

---

[3] As of now, this plan was the last plan filed in this case. In docket number 37 a plan was filed related to a different Debtor and case.

- VANESSA M TORRES QUINONES    mbaldera@martineztorreslaw.com, jrico@martineztorreslaw.com;vtorres@martineztorreslaw.com;tvazquez@martineztorreslaw.com;quiebrasmt@gmail.com
- WALLACE VAZQUEZ SANABRIA    walvaz@prtc.net

**I FURTHER CERTIFY** that I have served copy of this document by mail through the United States Postal Service to the following non CM/ECF participant: Debtor **María de Lourdes Cosme Hernández,** P.O. Box 50955, Toa Baja, Puerto Rico 00750.

In San Juan, Puerto Rico, this 4th day of March, 2011.

**s/** *Carmen Priscilla Figueroa*
**Carmen Priscilla Figueroa**
U.S.D.C.P.R. #128209
**Municipal Revenue Collection Center (CRIM)**
P.O. Box 195387 San Juan, Puerto Rico 00919-5387
Tel: 787.625.2746 ext. 2104 Fax: 787.625.4073
E-mail:cfigueroa@crimpr.net