IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-07347 |
|---|---|
| **MARIA DE LOURDES COSME HERNANDEZ** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to clarify provision for Crim and R-G Mortgage and provide for pre petition arrears with Doral Financial.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 3rd day of March of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                       Case No. 10-07347-13

COSME HERNANDEZ, MARIA DE LOURDES            Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 3/03/2011
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 320.00 x 60 = $ 19,200.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 19,200.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 19,200.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,650.00

Signed: /s/ MARIA DE LOURDES COSME HERNA.
           Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL FINANCIAL    Cr. R-G MORTGAGE    Cr. _____
# 8930050048295    # 1375421    # _____
$ 135.00    $ 1,500.00    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
R-G MORTGAGE      DORAL FINANCIAL
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
See Continuation Sheet

Attorney for Debtor Jose Prieto                        Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

IN RE <u>COSME HERNANDEZ, MARIA DE LOURDES</u>　　　　　　　　　　　Case No. <u>10-07347-13</u>

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | COMMERCE PLAZA INC | | |

IN RE COSME HERNANDEZ, MARIA DE LOURDES  Case No. 10-07347-13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN, AND THE PLAN SHALL BE CONSIDERED AUTOMATICALLY AMENDED. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR CONSENTS TO THE LIFT OF THE AUTOMATIC STAY IN FAVOR OF BANCO SANTANDER, PROPERTY LOCATED AT GUAYAMA PUERTO RICO. CL-14

DEBTOR CONSENT TO THE LIFT OF THE AUTOMATIC STAY IN FAVOR OF RG MORTGAGE PROPERTY LOCATED AT VILLAS DE PUNTA GUILARTE PUERTO RICO. CL-4

DEBTOR CONSENT TO THE LIFT OF THE AUTOMATIC STAY IN FAVOR OF BANCO DE DESAROLLO PROPERTY LOCATED AT VILLAS DE PUNTA GUILARTE PUERTO RICO CL-12

DEBTOR CONSENT TO THE LIFT OF THE AUTOMATIC STAY IN FAVOR OF ASOCIACION DE CONDOMINES DE VILLAS DE PUNTA GUILARTE PUERTO RICO CL-1

DEBTOR CONSENT TO THE LIFT OF THE AUTOMATIC STAY IN FAVOR OF CRIM OVER PROPERTY LOCATED IN GUAYAMA PUERTO RICO. CL -8

TRUSTEE TO PAY CRIM SECURED DEBT OVER PROPERTY IN MONTECASINO TOA BAJA PR ($1,379.80.00)

DEBTOR CONSENTS TO THE LIFT OF STAY IN FAVOR OF RG(SCOTIABANK) AND BANCO DE DESAROLLO OVER PROPERTY IN BRISAS DEL MAR. CL-6

DEBTOR CONSENTS TO THE LIFT OF STAY IN FAVOR OF R-G MORTGAGE (ACC 1145) SINCE PAYMENTS OF THE SAME ARE BEEN MADE BY DEBTORS MOTHER OUTSIDE OF BANKRUPTCY, SINCE SHE LIVES THE PROPERTY AND SHE IS CO- OWNER OF THE SAID PROPERTY.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing        DORAL BANK, INC.                        RG MORTGAGE CORP/SCOTIABANK PR
0104-2                                 C/O LIGIA RIVERA BUJOSA                 WALLACE VAZQUEZ SANABRIA ESQ
Case 10-07347-MCF13                    PO BOX 7821                             17 MEXICO STREET SUITE D-1
District of Puerto Rico                PONCE, PR 00732-7821                    SAN JUAN, PR 00917-2202
Ponce
Mon Oct 25 12:49:11 AST 2010

US Bankruptcy Court District of PR     AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS  AUTORIDAD ENERGIA ELECTRICA DE PR
Southwestern Divisional Office         PO BOX 7066                             P.O. BOX 363508
US Courthouse and Post Office Building SAN JUAN, PR  00916-7066                SAN JUAN, PR  00936-3508
93 Atocha Street, Second Floor
Ponce, PR 00730-3759


BANCO DE DESARROLLO ECONOMICO          BANCO DE DESARROLLO ECONOMICO           BANCO POPULAR DE PUERTO RICO
C/O LCDA. JENNIFER LOPES NEGRON        C/O LCDA. JENNIFER LOPEZ NEGRON         BANKRUPTCY DEPARTMENT
PO BOX 195287                          PO BOX 195287                           PO BOX 366818
SAN JUAN, PR  00919-5287               SAN JUAN, PR  00919-5287                SAN JUAN PR 00936-6818


COMMERCE PLAZA INC                     COMMERCE PLAZA INC                      CRIM
C/O LCDO. RAFAEL E. SANTOS TOLEDO      LCDO. RAFAEL E SANTOS TOLEDO            LEGAL COUNSEL OFFICE
PO BOX 13941                           PO BOX 13941                            PO BOX 195387
SAN JUAN, PR  00908-3941               SAN JUAN, PR  00908-3941                SAN JUAN PR 00919-5387


Consejo de Titulares                   DEPARTAMENTO DE HACIENDA DE PR          DIRECT LOAN SERVICES
Villas de Punta Guilarte               PO BOX 9024140                          PO BOX 5609
Desk Trial Lawyers, LLC                SAN JUAN, PR  00902-4140                GREENVILLE, TX  75403-5609
P.O. Box 9023663
San Juan, P.R., 00902-3663


DORAL BANK                             DORAL FINANCIAL                         FIA CARD SERVICES
PO BOX 71306                           PO BOX 71529                            FIRST BANK
SAN JUAN, PR  00936-8406               SAN JUAN, PR  00936-8629                PO BOX 15019
                                                                               WILMINGTON, DE  19886-5019


FIRST BANK                             FIRST BANK                              HOME DEPOT CREDIT SERVICES
BANKRUPTCY  DIVISION                   PO BOX 9146                             PO BOX 6497
P.O. BOX 9146                          SAN JUAN, PR  00908-0146                SIOUX FALLS, SD  57117-6497
SAN JUAN, PR 00908-0146


JUNTA DE CONDOMINES DE                 JUNTA DE CONDOMINES DE PARQUE INTERAMERI LYDIAJ HERNANDEZ MORALES
VILLAS DE PUNTA GUILARTE               JUNTA DE CONDOMINES                     PO BOX 509555
ARROYO, PR  00714                      PARQUE INTERAMERICANA                   TOA BAJA, PR  00950-0955
                                       GUAYAMA, PR  00784


POPULAR AUTO                           PUERTO RICO TELEPHONE COMPANY           R-G MORTGAGE
BANKRUPTCY DEPARTMENT                  PO BOX 71535                            G.P.O. BOX 362394
PO BOX 366818                          SAN JUAN, PR  00936-8635                SAN JUAN, PR  00936-2394
SAN JUAN PUERTO RICO 00936-6818


RG MORTGAGE CORPORATION as service agent for  SANTANDER MORTGAGE CORPORATION   VIRGINIA GONZALEZ TRABAGA
c/o WALLACE VAZQUEZ SANABRIA           PO BOX 362589                           R2 PALMAR DEL REY
17 MEXICO STREET, SUITE D-1            SAN JUAN, PR  00936-2589                GUAYAMA, PR  00784
SAN JUAN, PR 00917-2202
```

```
ALEJANDRO OLIVERAS RIVERA              JOSE M PRIETO CARBALLO           MARIA DE LOURDES COSME HERNANDEZ
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS    JPC LAW OFFICE                   PO BOX 50955
PO BOX 9024062                         PO BOX 363565                    TOA BAJA, PR 00950-0955
SAN JUAN, PR 00902-4062                SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)DORAL BANK                          End of Label Matrix
C/O LIGIA RIVERA BUJOSA                Mailable recipients    33
PO BOX 7821                            Bypassed recipients     1
PONCE PR 00732-7821                    Total                  34
```